UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DOUGLAS HARRY WARENBACK,<br><br>Plaintiff,<br><br>v.<br><br>A.G. AARON FORD,<br><br>Defendant. | Case No. 2:20-cv-01682-KJD-VCF<br><br>ORDER |

Before the Court for consideration is the Report and Recommendation for Dismissal (#10) of Magistrate Judge Cam Ferenbach entered February 18, 2021, recommending that Plaintiff's complaint be dismissed for failure to state a claim after Plaintiff had filed several amended complaints. Plaintiff filed Objections (#11) to the Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C. § 636(b)(1) and LR IB 3-2. The Court determines that the Report and Recommendation (#10) of the United States Magistrate Judge entered February 18, 2021, should be **ADOPTED and AFFIRMED**.

IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation (#10) entered February 18, 2021, are **ADOPTED and AFFIRMED**;

IT IS FURTHER ORDERED that Plaintiff's Complaint is **DISMISSED**.

Dated this 18th day of November, 2021.

_____
Kent J. Dawson
United States District Judge